UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BERNARD CHORNE, ) | Case No.: 3:12-cv-01533-BR |
| Plaintiff, ) | |
| v. ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| CAROLYN COLVIN, Commissioner, ) Social Security Administration ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,180.80 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

Page 3 – PLAINTIFF'S FEE PETITION

IT IS SO ORDERED this 12th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: December 6, 2013

/s/ George J. Wall
_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Bernard Chorne

Page 4 – PLAINTIFF'S FEE PETITION

Attachment A
Statement of Services -Bernard Chorne

| Date | Time | Rate | | Description |
|---|---|---|---|---|
| 7/30/2012 | 1.25 | $184.32 | $230.40 | Review Appeals Council decision and ALJ decision; meet v |
| 9/21/2012 | 0.75 | $184.32 | $138.24 | Prepare and file complaint |
| 4/4/2013 | 1.25 | $186.88 | $233.60 | Begin review of exhibits |
| 4/5/2013 | 0.5 | $186.88 | $93.44 | Continue review of exhibits |
| 4/9/2013 | 6.5 | $186.88 | $1,214.72 | Research relevant law; begin draft of brief |
| 4/10/2013 | 9.5 | $186.88 | $1,775.36 | Complete opening brief and file |
| 6/12/2013 | 0.75 | $186.88 | $140.16 | Review Response brief and record |
| 7/8/2013 | 4.5 | $186.88 | $840.96 | Prepare and file Rely brief |
| 10/7/2013 | 0.75 | $186.88 | $140.16 | Review Decision and Order; letter to client |
| 11/25/2013 | 0.75 | $186.88 | $140.16 | prepare Statement of Services |
| 11/26/2013 | 0.25 | $186.88 | $46.72 | Proposed fee petition to opposing counsel |
| | 0.5 | $186.88 | $93.44 | File fee petition |
| | 0.5 | $186.88 | $93.44 | Anticipated time to submit fee petition and review order |
| Total | 27.75 Hours | | $5,180.80 | |